# EXHIBIT A

Lane M. Ferdinand
505 Morris Avenue
Springfield, NJ 07081
Telephone No.: 973-467-1060
Attorneys for Plaintiffs
Attorney ID #: 001311973
File No.: 99-3807-LMF

| | |
|---|---|
| Young Su Choi ) <br> ) <br> ) <br> Plaintiff(s) ) <br> ) <br> Vs. ) <br> Charles Mack, M&A Trucking LLC, ) <br> John Does 1-10, (names unknown and ) <br> therefore fictitious), ABC Corp. 1-10, ) <br> (names unknown and therefore fictitious) ) <br> Defendant(s) | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: Bergen County<br>DOCKET NO:<br><br>Civil Action<br><br>COMPLAINT AND JURY DEMAND |

The plaintiff, **Young Su Choi** residing at 232 E Central Blvd. 2nd Floor, in the Borough of Palisades Park, County of Bergen and State of New Jersey, by way of complaint against the defendant(s) says:

## FIRST COUNT

1. On or about March 10, 2020, plaintiff, **Young Su Choi,** was a driver of a motor vehicle traveling South on Route 95 near the Midspan Bridge in Fort Lee, New Jersey.

2. At the time and place aforesaid, defendant **Charles Mack** was operating a motor vehicle owned by **M&A Trucking, LLC.** which vehicle was also traveling South on Route 95 near the Midspan Bridge in Fort Lee, New Jersey when the defendant, **Charles Mack,** attempted to change lanes and strike plaintiff, **Young Su Choi.**

3.  At the time and place aforesaid, both defendants **Charles Mack** and **M&A Trucking, LLC,** so carelessly, recklessly, and negligently operated and owned their motor vehicle that they collided and struck the plaintiff, **Young Su Choi.**

4.  As a proximate result of the negligent acts of the defendants **Charles Mack** and **M&A Trucking LLC.,** plaintiff **Young Su Choi,** was caused to sustain serious and permanent bodily injuries, has suffered and will suffer great pain, shock and mental anguish, was and still is incapacitated and will permanently be disabled, has been and in the future will be obliged to expend and incur large sums of money for medical services, care, medication and treatment, and was and is unable to attend to his usual duties.

WHEREFORE, plaintiff **Young Su Choi** demands judgment against defendants **Charles Mack** and **M&A Trucking, LLC** for damages plus interest and costs of suit.

## SECOND COUNT

1.  Plaintiff, **Young Su Choi,** repeats and re-alleges all the allegations of the First Count of the Complaint as set forth herein at length.

2.  The fictitiously named defendant **JOHN DOES** (1-10), fictitious names, are impleaded herein to represent any other entities not actually named in this Complaint who are also responsible for the causation of the injuries sustained herein.

WHEREFORE, plaintiff, **Young Su Choi** demands judgment against all the defendants for damages plus interest and cost of suit.

## THIRD COUNT

I.	Plaintiff, **Young Su Choi** repeats and re-alleges all the allegations of the First and Second Counts of the Complaint.

2.	The fictitiously named defendant **ABC CORP** (1-10), fictitious names, are impleaded herein to represent any other entity not actually named in this Complaint who is also responsible for the causation of the injuries sustained herein.

WHEREFORE, plaintiff, **Young Su Choi** demands judgment against all the defendants for damages plus interest and cost of suit.

Lane M Ferdinand Esq.
Attorneys for Plaintiff

_____
Lane Ferdinand

## JURY DEMAND

Plaintiff demands trial by jury of six on all issues herein.

Lane M Ferdinand Esq.
Attorneys for Plaintiff

_____
Lane Ferdinand

## CERTIFICATION

We hereby certify that the foregoing pleading has been filed within the time period set by the applicable Court Rules and extensions thereof.

Pursuant to R. 4:5-1 we hereby certify that we have no knowledge of any other pending actions or proceedings concerning the subject matter of this action. It is not anticipated at this time that there is any other party who should be joined in this action.

Lane M Ferdinand Esq.<br>
Attorneys for Plaintiff<br>
<br>
_____<br>
Lane Ferdinand

## DEMAND FOR INTERROGATORIES

PLEASE TAKE NOTICE that pursuant to R. 4:17-1, demand is made of the defendant(s) to provide certified answers to Uniform Court Interrogatories Form C within the time prescribed by the Rules of the Court.

PLEASE TAKE NOTCE that pursuant to R. 4:17-1, demand is made of the Co-Defendant(s) to provide certified answers to Uniform Court Interrogatories Form C within the time prescribed by the Rules of the Court.

Lane M Ferdinand Esq.<br>
Attorneys for Plaintiff<br>
<br>
_____<br>
Lane Ferdinand

## **DESIGNATION OF TRIAL COUNSEL**

PLEASE TAKE NOTICE that pursuant to R. 4:25-3, please designate Lane M. Ferdinand, Esq. on behalf of the Law Offices of Lane M. Ferdinand as Trial Counsel in the above captioned litigation.

Lane M Ferdinand Esq.
Attorneys for Plaintiff

_____
Lane Ferdinand