Charles D. Cole, Jr.
Newman Myers Kreines Harris
40 Wall Street
New York, New York 10005-1335
(212) 619-4350
dcole@newmanmyers.com

**Attorneys for Defendants Charles Glover (sued as Charles Mack) and M & A Trucking, LLC**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **YOUNG SU CHOI,** | : |
| Plaintiff, | : |
| v. | : No. 2:22-cv-2623 |
| **CHARLES MACK, M&A TRUCKING LLC JOHN DOES 1-10, (names unknown and therefore fictitious), ABC Corp. 1-10 (names unknown and therefore fictitious),** | : |
| Defendants. | : |

## CORPORATE-DISCLOSURE STATEMENT OF
## M & A TRUCKING, LLC

The undersigned attorney for M & A Trucking, LLC certifies that this party is a non-governmental corporate party, that this party does not have a parent corporation, and that no publicly held corporation owns 10% or more of this party's stock.

Dated: New York, New York
       May 4, 2022

_____
Charles D. Cole, Jr.
Newman Myers Kreines Harris
Attorneys for Defendants Charles Glover (sued as Charles Mack) and M & A Trucking, LLC